June 16, 2006

Mr. David Watkins
Jenkins & Watkins
2515 McKinney Ave., Suite 800
Dallas, TX 75201

Mr. Jeffrey C. Mateer
Mateer & Shaffer, L.L.P.
325 N. St. Paul Street, Suite 1300
Dallas, TX 75202

RE: Case Number: 05-0706
 Court of Appeals Number: 05-05-01034-CV
 Trial Court Number: 03-02664-F

Style: IN RE DALLAS PETERBILT, LTD, L.L.P.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures

|cc:|Mr. Jim Hamlin |
| |Ms. Lisa Matz |
| |Honorable Robert H. (Bob) |
| |Frost |